**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CARLTON WEST, #237293,

        Plaintiff,                  Case No. 07-11081
                                                Hon. Anna Diggs Taylor
v.                                         Magistrate Judge Virginia M. Morgan

MICHIGAN DEPARTMENT OF
CORRECTIONS, INSPECTOR
PUTNAM, and S. KRONBERG,

        Defendants.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**
**(D/E-29)**

      This matter is before the court on Magistrate Judge Virginia M. Morgan's Report and Recommendation of January 7, 2009, denying Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.

      The court has reviewed the file, the Magistrate Judge's Report and Recommendation, and Plaintiff's objections (D/E-32) filed thereto. The court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

      THEREFORE, the court will accept the Magistrate's Report and Recommendation of January 7, 2009, as the findings and conclusions of this court.

      Accordingly,

      IT IS HEREBY ORDERED that Magistrate Judge Morgan's Report and Recommendation of January 7, 2009, is ACCEPTED and ADOPTED.

      IT IS FURTHER ORDERED that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (D/E-24) is DENIED.

      **IT IS SO ORDERED.**

DATED: March 4, 2009                            **s/Anna Diggs Taylor**
                                                        ANNA DIGGS TAYLOR
                                                        UNITED STATES DISTRICT JUDGE

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on March 4, 2009.

Carlton West, II, #237293  
Marquette Branch Prison  
1960 U.S. Hwy 41 South  
Marquette, MI 49855                                    s/Johnetta M. Curry-Williams  
                                                                         Case Manager

2