**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CARLTON WEST, #237293,

        Plaintiff,                    Case No. 07-11081
                                          Hon. Anna Diggs Taylor
v.                                        Magistrate Judge Virginia M. Morgan

MICHIGAN DEPARTMENT OF
CORRECTIONS, INSPECTOR
PUTNAM, and S. KRONBERG,

        Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
## (D/E-30)

       This matter is before the court on Magistrate Judge Virginia M. Morgan's Report and Recommendation of January 7, 2009, recommending that Plaintiff's case be dismissed *sua sponte* for failure to prosecute unless Plaintiff files an amended Complaint by January 30, 2009, stating his remaining claims against Putnam and Kronberg and limited to those two Defendants.

       The court has reviewed the file, the Magistrate Judge's Report and Recommendation, and Plaintiff's objections (D/E-32) filed thereto. The court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

       THEREFORE, the court will accept the Magistrate's Report and Recommendation of January 7, 2009, as the findings and conclusions of this court.

       Accordingly,

       IT IS HEREBY ORDERED that Magistrate Judge Morgan's Report and Recommendation of January 7, 2009, is ACCEPTED and ADOPTED.

       IT IS FURTHER ORDERED that Plaintiff's case will be dismissed *sua sponte* for failure to prosecute unless Plaintiff files an amended complaint by January 30, 2009, stating his remaining claims against Putnam and Kronberg and limited to those two Defendants.

       **IT IS SO ORDERED.**


DATED: March 4, 2009                                    **s/Anna Diggs Taylor**
                                                            ANNA DIGGS TAYLOR
                                                            UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on March 4, 2009.

Carlton West, II, #237293
Marquette Branch Prison
1960 U.S. Hwy 41 South
Marquette, MI 49855               s/Johnetta M. Curry-Williams
                                  Case Manager